Stephanie Van Marter
Acting United States Attorney
Eastern District of Washington
Courtney R. Pratten
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, WA 98901
Telephone:  (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 15 2025

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

                          Plaintiff,

        v.

BOBBY PAUL COLE,

                          Defendant.

1:25-CR-2076-SAB

INDICTMENT

Vio:  18 U.S.C. §§ 922(g)(1),
924(a)(8)
Felon in Possession of a Firearm

18 U.S.C. § 924(d)(1), 28 U.S.C.
§ 2461(c)
Forfeiture Allegation

The Grand Jury charges:

On or about June 28, 2025, in the Eastern District of Washington, the Defendant, BOBBY PAUL COLE, knowing his status as a person previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce, a firearm, to wit: Beretta, model M9A3, 9mm caliber pistol bearing Serial Number B022588Z, which firearm had theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

INDICTMENT – 1

NOTICE OF CRIMINAL FORFEITURE ALLEGATION

The allegation contained in this Indictment is hereby realleged and incorporated herein by this reference for the purpose of alleging forfeiture.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), as set forth in this Indictment, the Defendant, BOBBY PAUL COLE, shall forfeit to the United States of America any firearm, ammunition, and accessories involved or used in the commission of the offense, including, but not limited to:

- a Beretta, model M9A3, 9mm caliber pistol bearing Serial Number B022588Z, and loaded ammunition.

DATED this 15 day of July, 2025.

A TRUE BILL

Stephanie Van Marter
Acting United States Attorney

Courtney R. Pratten
Assistant United States Attorney

INDICTMENT – 2