S. Peter Serrano
United States Attorney
Eastern District of Washington
Courtney R. Pratten
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 1 5 2025

SEAN F. MCAVOY, CLERK
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:25-CR-02076-SAB |
| Plaintiff, | SUPERSEDING INDICTMENT |
| v. | Vio: 18 U.S.C. §§ 922(g), 924(a)(8) Felon in Possession of a Firearm (Count 1) |
| BOBBY PAUL COLE, | |
| Defendant. | 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi) Possession with Intent to Distribute 400 Grams or More of Fentanyl (Count 2) |
| | 21 U.S.C. § 841(a)(1), (b)(1)(C) Possession with Intent to Distribute Cocaine (Count 3) |
| | 18 U.S.C. § 924(c)(1)(A)(i) Possession of a Firearm in Furtherance of a Drug Trafficking Offense (Count 4) |

SUPERSEDING INDICTMENT – 1

18 U.S.C. § 924(d)(1), 21 U.S.C. § 853, 28 U.S.C. 2461(c) Forfeiture Allegations

The Grand Jury charges:

## COUNT 1

On or about June 28, 2025 , in the Eastern District of Washington, the Defendant, BOBBY PAUL COLE, knowing his status as a person previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce, a firearm, to wit: an Beretta, model M9A3, 9mm caliber pistol bearing serial number B022588Z, which firearm had theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

## COUNT 2

On or about June 28, 2025, in the Eastern District of Washington, the Defendant, BOBBY PAUL COLE, did knowingly possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi).

SUPERSEDING INDICTMENT – 2

COUNT 3

On or about June 28, 2025, in the Eastern District of Washington, the Defendant, BOBBY PAUL COLE, did knowingly possess with intent to distribute a mixture or substance containing a detectible amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

COUNT 4

On or about June 28, 2025 , in the Eastern District of Washington, the Defendant, BOBBY PAUL COLE, did knowingly possess a firearm, to wit: an Beretta, model M9A3, 9mm caliber pistol bearing serial number B022588Z, in furtherance of a drug trafficking offense for which he may be prosecuted in a court in the United States, that is, possession with intent to distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, as charged in Count 2, in violation of 18 U.S.C. §  924(c)(1)(A)(i).

NOTICE OF CRIMINAL FORFEITURE ALLEGATION

The allegations contained in this Superseding Indictment are hereby realleged and incorporated herein by this reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense(s) in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8); and/or in

SUPERSEDING INDICTMENT – 3

violation of 18 U.S.C. § 924(c)(1)(A), as set forth in this Superseding Indictment, the Defendant, BOBBY PAUL COLE, shall forfeit to the United States of America any firearm, ammunition, and accessories involved or used in the commission of the offense(s), including, but not limited to:

- a Beretta, model M9A3m 9mm caliber pistol bearing serial number B022588Z, and loaded ammunition.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense(s) in violation of 21 U.S.C. § 841, as set forth in this Superseding Indictment, the Defendant, BOBBY PAUL COLE, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s). The property to be forfeited includes, but is not limited to:

- a Beretta, model M9A3m 9mm caliber pistol bearing serial number B022588Z, and loaded ammunition.

If any forfeitable property, as a result of any act or omission of the Defendant:

a.     cannot be located upon the exercise of due diligence;

b.     has been transferred or sold to, or deposited with, a third party;

c.     has been placed beyond the jurisdiction of the court;

d.     has been substantially diminished in value; or

e.     has been commingled with other property which cannot be divided without difficulty,

SUPERSEDING INDICTMENT – 4

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this 15 day of October, 2025.



_____

S. Peter Serrano
United States Attorney

_____

Courtney R. Pratten
Assistant United States Attorney

SUPERSEDING INDICTMENT – 5