# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>  -vs-<br><br>BOBBY PAUL COLE,<br><br>                  Defendant. | **Case No.**    **1:25-cr-02076-SAB-1**<br><br>**CRIMINAL MINUTES**<br><br>**DATE:**    **05/11/2026**<br><br>**LOCATION:  YAKIMA, WA**<br><br>**SENTENCING** |

### CHIEF JUDGE STANLEY A. BASTIAN

| Ruby Mendoza | 03 |  | Marilynn McMartin |
|---|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Courtney Pratten |  | Craig Webster | |
| **Government Counsel** |  | **Defense Counsel** | |

| United States Probation Officer:  Cassie Lerch [video] |
|---|

    **[ X ]  Open Court**          **[  ]  Chambers**          **[ X ]  Telecon/Video**

Defendant present and in custody of the US Marshal.

Court outlines the case. Defendant pled guilty. Court summarizes maximum penalties and guidelines.  Court has reviewed all of the materials submitted and presentence report.  Offense Level of 31; Criminal History Category Level 5; Recommended Range 168-210 months.

No objections to the Presentence Report.  Court accepts the calculations in the Presentence Report.

Ms. Pratten presents argument and outlines recommendations. Joint recommendation of 120 months.
   Court discusses the guideline range and recommendation with Ms. Pratten.

Mr. Webster presents argument and outlines recommendations. There is a pending state charge.

Court asks if defendant waives the reading of the conditions.
   Mr. Webster indicates conditions were reviewed and defendant waives a further reading of the conditions.

Court speaks to the defendant.


## [X ]  ORDER FORTHCOMING

| CONVENED:  **10:02** A.M. | ADJOURNED: **10:18** A.M. | TIME: **16** MIN. | CALENDARED  [ X ] |
|---|---|---|---|

*USA  -vs- Cole*
1:25-cr-02076-SAB-1
Sentencing Hearing

**05/11/2026**
Page 2

Defendant speaks to the Court.

Court speaks to the defendant.  Court outlines the 3553 factors.  Court accepts recommendation by counsel.

**Imprisonment:**  168 months, defendant shall receive credit for time served.

**Supervised Release:** 5 years with all the conditions recommended by U.S. Probation and the following special conditions:

1. You must complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the court. You must allow reciprocal release of information between the supervising officer and treatment provider. You must contribute to the cost of treatment according to your ability to pay.

2. You must submit your person, residence, office, or vehicle and belongings to a search, conducted by a probation officer, at a sensible time and manner, based upon reasonable suspicion of contraband or evidence of violation of a condition of supervision. Failure to submit to search may be grounds for revocation. You must warn persons with whom you share a residence that the premises may be subject to search.

3. You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

4. You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Special Penalty Assessment:**  $100.00

**Fine:** Waived

Waiver of Right to Appeal discussed.

Court will recommend defendant participate in the RDAP program if BOP determines he is eligible.

Ms. Pratten moves to dismiss remaining counts.
    Court dismisses remaining counts.

Mr. Webster does not object to the Final Order of Forfeiture.
    Final Order of Forfeiture signed and filed.